K.C. MAXWELL (214701)
LAW OFFICE OF K.C. MAXWELL
235 Montgomery Street, Suite 1070
San Francisco, CA  94104
Telephone:   (415) 500-6630
Facsimile:   (415) 888-2372
kcm@kcmaxlaw.com

Dan Roth (270569)
LAW OFFICE OF DAN ROTH
803 Hearst Avenue
Berkeley, CA 94710
Phone: (510) 849-1389
Fax: (510) 295-2680
dan@drothlaw.com

*Attorneys for Defendant*
WILLIAM McKINNEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM McKINNEY,<br><br>    Defendant. | Case No. CR 14-00058 (YGR)<br><br>**STIPULATED REQUEST TO MODIFY RELEASE CONDITIONS** |

The parties hereby stipulate and agree that:

Defendant William McKinney's conditions of release should be modified to allow him to attend the following events:

1. His minor son's graduation from kindergarten at Ruby Bridges Elementary, in Alameda, California, on June 10, 2014; and

2. The funeral of his father, William McKinney, Sr., who passed away earlier today, June 6, 2014. The date and place of the funeral have not yet been set. Mr. McKinney's father resided in Turlock, California, in the Eastern District. Mr. McKinney therefore seeks permission from the Court to travel outside the Northern District of California, if necessary.

The parties have consulted United States Pretrial Services, which has no objection to these modifications.

The parties respectfully request that the above modification be granted.

Respectfully submitted,

Dated: June 7, 2014                LAW OFFICE OF K.C. MAXWELL


*/s/ K.C. Maxwell*
K.C. MAXWELL

Attorney for Defendant
EDUARDO RAMIREZ-FLORES


Dated: June 7, 2014                MELINDA HAAG
                                   UNITED STATES ATTORNEY


By: */s/ Brigid Martin*
Brigid Martin
Assistant United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>          Plaintiff,<br><br>     v.<br><br>WILLIAM McKINNEY,<br><br>          Defendant. | Case No. CR 14-00058 (YGR)<br><br>**[PROPOSED]** ORDER ENTERING STIPULATED REQUEST TO MODIFY RELEASE CONDITIONS |

     Good cause having been shown, the parties' Stipulated Request to Modify Release Conditions of Defendant William McKinney is hereby GRANTED.

     IT IS SO ORDERED.

Dated: 6/9/14

_____
Donna M. Ryu
United States Magistrate Judge